UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:07CV162-J

LINDA E. RAWLINS                                      PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                            DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Linda E. Rawlins seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report, including the following numbered contentions: 1) the ALJ failed to properly evaluate claimant's mental impairments; 2) the ALJ's decision was based upon inadequate vocational evidence; 3) the ALJ failed to properly evaluate all objective evidence of record which would support her limitations on standing and lifting; 4) the claimant's inability to read and write would require a finding of disability under Grid Rule 202.09. Each of these issues was sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.